IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Docket No. 3:11-cr-256-RJC-DSC

| UNITED STATES OF AMERICA | **UNDER SEAL** |
|---|---|
| v. | |
| KAMIA AREKAI SAULSBERRY et al | |

### ORDER UNSEALING BILL OF INDICTMENT AND ARREST WARRANTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment and Arrest Warrants be unsealed, because there is no longer a need to protect their secrecy,

IT IS HEREBY ORDERED that the Bill of Indictment and Arrest Warrants in this matter be UNSEALED, but that the various sealing and unsealing Motions and Orders remained SEALED until further order of this Court.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office and to email a copy of the Order to Steven.Kaufman@usdoj.gov.

**SO ORDERED**.        Signed: September 2, 2011

David S. Cayer
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants